IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT TURNER, | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 3:20-CV-01669-X-BT |
| | § | |
| STATE OF TEXAS, et al., | § | |
| *Respondents*. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated October 28, 2020, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS THEREFORE ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Moreover, to the extent that a certificate of appealability is necessary here, it is **DENIED**.

**IT IS SO ORDERED** this 16th day of November 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE